```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19405
    DERRELL BUCHANAN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-2108
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/19/07 and confirmed on 02/13/08.

2. The case was dismissed after confirmation, 12/19/2008.

3. The Debtor paid a total of $  8035.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 38161.00 | .00 | 4994.97 |
| INTERNAL REVENUE SERVICE | PRIORITY | 23462.91 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 6217.02 | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1615.91 | .00 | .00 |
| JOLIET JUNIOR COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1893.35 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 306.40 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 358.45 | .00 | .00 |
| B REAL LLC | UNSECURED | 231.00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 60.55 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 38161.00 | 25356.26 | 8789.33 | .00 | 72306.59 |
| PRINCIPAL PAID | 4994.97 | .00 | .00 | .00 | 4994.97 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4994.97 | .00 | .00 | .00 | 4994.97 |

The Debtor's attorney, THOMAS W DREXLER                , was allowed $  3500.00 and was paid $   926.00  direct and $   2574.00  through the plan.

The Trustee received $    466.03 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/12/09                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```